# EXHIBIT 4

| PWSID # | SITE NAME | RESOURCE AT ISSUE | DRINKING WATER SOURCE | TRUSTEE OF RESOURCE AT ISSUE | LEGAL OWNER | LOCATION | TOWN/CITY | COUNTY | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| ME0090260 | BRUNSWICK/TOPSHAM WATER DISTRICT | DRINKING WATER | GROUNDWATER | STATE OF MAINE | DOUGLAS, CRAIG | 276 RIVER RD | BRUNSWICK | CUMBERLAND | 04086 |