UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   2:25-cv-00453-JAW |
| | ) |
| 3M COMPANY, et al., | ) |
| | ) |
| Defendants | ) |

**PROCEDURAL ORDER**

Following a telephonic conference with the parties on October 16, 2025, to discuss the status of the case, for the reasons stated on the record, the Court orders:

1. On or before October 31, 2025, the parties shall submit for the Court's consideration a Confidentiality Order and an ESI Protocol Order.

2. The parties shall use their best efforts to complete the outstanding discovery by December 5, 2025.

3. The Court will conduct a conference of counsel on December 17, 2025, at 10:00 a.m. to discuss the future course of the case. The Court anticipates that as of December 17, the parties will have made sufficient progress in discovery for the parties and the Court to have a meaningful discussion regarding a scheduling order.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 16th day of October, 2025.