# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE,<br><br>                 Plaintiff,<br><br>   v.<br><br>3M COMPANY, et al.,<br><br>                 Defendants. | Civil Action No. 2:25-CV-00453-JAW |

## PLAINTIFF STATE OF MAINE'S ASSENTED-TO MOTION FOR ENTRY OF PROTOCOL AND ORDER GOVERNING DISCOVERY OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

Plaintiff the State of Maine (the "State") moves for entry of the proposed Protocol and Order Governing Discovery of Documents and Electronically Stored Information ("ESI Protocol") attached as Exhibit A. The Defendants have assented to the relief requested by this motion. The State respectfully requests the Court grant this assented-to motion and enter the proposed ESI Protocol attached as Exhibit A.

Dated: November 5, 2025

Respectfully submitted,

AARON M. FREY
ATTORNEY GENERAL

/s/ Scott Boak
Scott Boak (Bar No. 009150)
Mark Bower (Bar No. 004132)
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
Email: Scott.Boak@maine.gov
          Mark.Bower@maine.gov

/s/ Benjamin A. Krass
Benjamin A. Krass*
Matthew F. Pawa*

Gillian C.A. Cowley*
PAWA LAW GROUP P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
Email: mp@pawalaw.com
   bkrass@pawalaw.com
   gcowley@pawalaw.com

Kyle J. McGee*
Viola Vetter*
Jason H. Wilson*
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
Email: kmcgee@gelaw.com
   vvetter@gelaw.com
   jwilson@gelaw.com

*Admitted *pro hac vice*