IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE,<br><br>               Plaintiff,<br><br>  v.<br><br>3M COMPANY, et al.,<br><br>               Defendants. | Civil Action No. 2:25-CV-00453-JAW |

**PLAINTIFF STATE OF MAINE'S ASSENTED-TO MOTION FOR ENTRY
OF CONFIDENTIALITY ORDER**

Plaintiff the State of Maine (the "State") moves for entry of the proposed Confidentiality Order ("Confidentiality Order") attached as Exhibit A. The Defendants have assented to the relief requested by this motion. The State respectfully requests the Court grant this assented-to motion and enter the proposed Confidentiality Order attached as Exhibit A.

Dated: November 5, 2025         Respectfully submitted,

                                           AARON M. FREY
                                           ATTORNEY GENERAL

                                           */s/ Scott Boak*
                                           Scott Boak (Bar No. 009150)
                                           Mark Bower (Bar No. 004132)
                                           Assistant Attorneys General
                                           6 State House Station
                                           Augusta, Maine 04333
                                           (207) 626-8566
                                           Email: Scott.Boak@maine.gov
                                                           Mark.Bower@maine.gov

                                           */s/ Benjamin A. Krass*
                                           Benjamin A. Krass*
                                           Matthew F. Pawa*
                                           Gillian C.A. Cowley*
                                           PAWA LAW GROUP P.C.
                                           1280 Centre Street, Suite 230

Newton Centre, MA 02459
(617) 641-9550
Email: mp@pawalaw.com
       bkrass@pawalaw.com
       gcowley@pawalaw.com

Kyle J. McGee*
Viola Vetter*
Jason H. Wilson*
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
Email: kmcgee@gelaw.com
       vvetter@gelaw.com
       jwilson@gelaw.com


*Admitted *pro hac vice*