**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| STATE OF MAINE, <br><br>                Plaintiff, <br><br>   v. <br><br> 3M COMPANY, ET AL., <br><br>                Defendants. | Case No. 2:25-cv-00453-JAW |

**<u>DEFENDANTS EIDP, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., AND DUPONT DE NEMOURS, INC.'S JOINDER IN DEFENDANT 3M COMPANY'S MOTION TO STAY</u>**

Defendants EIDP, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., and DuPont de Nemours, Inc. (the "EIDP/CC Defendants") join in Defendant 3M Company's Motion to Stay (Doc. 50). 3M's argument that a denial of a stay would prejudice 3M applies with equal force to the EIDP/CC Defendants. For the reasons given in 3M's motion, the EIDP/CC Defendants support the request that the Court stay these proceedings pending the Judicial Panel on Multidistrict Litigation's decision on whether to transfer the case.

WHEREFORE, the EIDP/CC Defendants respectfully request that the Court grant 3M's Motion to Stay.

DATED at Portland, Maine this 4th day of December, 2025.

Respectfully submitted,

**PRETI FLAHERTY, LLP**

 */s/ Sigmund D. Schutz*
Sigmund D. Schutz (Bar No. 8549)
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
sschutz@preti.com

1

**McCARTER & ENGLISH, LLP**

 _/s/ J. Wylie Donald_
J. Wylie Donald*
1301 K Street, Suite 1000W
Washington, DC 20005
(202) 753-3357
jdonald@mccarter.com

*Attorneys for Defendants EIDP, Inc.; The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc; and DuPont de Nemours, Inc. as to all claims except Counts 8 through 13*

**CRESWELL LAW**

Randy J. Creswell (Bar No. 8962)
P.O. Box 7340
Portland, ME 04112
(207) 358-1010
rcreswell@creswelllaw.com

**BARTLIT BECK LLP**

Katherine L. I. Hacker (CO Bar No. 46656)*
Dan Brody (CO Bar No. 39437)* 1801
Wewatta Street, Suite 1200 Denver, CO
80202
(303) 592-3140
kat.hacker@bartlitbeck.com

Katharine A. Roin (IL Bar No. 6302872)* Amy R.
McCalib (IL Bar No. 6392733)* 54 W. Hubbard
Street, Suite 300
Chicago, IL 60654
(312) 494-4400
kate.roin@bartlitbeck.com
amy.mccalib@bartlitbeck.com

*Attorneys for EIDP, Inc.; Corteva, Inc.; and DuPont de Nemours, Inc. as to Counts 8 through 13 only*

*\*pro hac vice*

2