# EXHIBIT 1

**Ben Krass**

| | |
|---|---|
| **From:** | Matt Pawa |
| **Sent:** | Friday, December 5, 2025 11:56 AM |
| **To:** | Ring, Daniel L.; Ben Krass |
| **Cc:** | Marston, Angela; Wright, Joanna; Anna Petosky; Wentzel, Jacob P. |
| **Subject:** | RE: Maine |

Dan – please provide your authority for refusing to cooperate with litigation/discovery obligations when a party has not obtained a stay from the court but intends to ask for a stay.

MP



Matt Pawa
*Principal*
**Pawa Law Group, P.C.**
1280 Centre Street, Suite 230
Newton Centre, MA  02459
(617) 233-3773
www.pawalaw.com

---

**From:** Ring, Daniel L. <DRing@jenner.com>
**Sent:** Friday, December 5, 2025 11:06 AM
**To:** Ben Krass <bkrass@pawalaw.com>
**Cc:** Marston, Angela <amarston@gunster.com>; Wright, Joanna <JWright@jenner.com>; Anna Petosky <anna.petosky@maslon.com>; Wentzel, Jacob P. <JWentzel@jenner.com>; Matt Pawa <mp@pawalaw.com>
**Subject:** Maine

Ben,

With apologies for the delay in updating you after our call last night as my travels were delayed last night, I wanted to confirm that in light of our pending motion to stay following the First Circuit ruling confirming that the State's attempt to evade federal jurisdiction was improper, we will await the issuance of the mandate and the Court's ruling on our motion to stay before proceeding with further meet and confers and discovery in this action.  We note that should the Court direct us to proceed, we will be prepared to engage promptly and will continue to proceed with discovery.  We believe it makes the most sense, however, to have the mandate issue and we will proceed to seek transfer of the case to the MDL where it belongs.

We understand you oppose a stay but believe this approach (as reflected in our motion) is the most efficient way to proceed pending further guidance from the Court.

Best,

Dan

---

**Daniel L. Ring**

**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 923 2625   |   Tel
+1 773 372 9392   |   Mobile
DRing@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

2