# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE,<br><br>    Plaintiff,<br><br> v.<br><br>3M COMPANY, ET AL.,<br><br>    Defendants. | Case No. 2:25-cv-00453<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF CONDITIONAL TRANSFER ORDER IN MDL NO. 2873

Please take notice that on December 17, 2025, the Clerk of the Judicial Panel on Multidistrict Litigation entered the attached Conditional Transfer Order in *In Re: Aqueous Film-Forming Foams Products Liability Litigation* (MDL No. 2873) with respect to the above-captioned case.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, Illinois 60654
(312) 222-9350
dring@jenner.com
*Admitted Pro Hac Vice*

Jay S. Geller (Maine Bar No. 9022)
LAW OFFICE OF JAY S. GELLER
Lunt Professional Building
74 Lunt Road, Suite 206
Falmouth, ME 04105
(207) 899-1477
jgeller@jaysgellerlaw.com

*Counsel for Defendant 3M Company*