IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, ET AL., <br><br> Defendants. | Civil Action No. 2:25-cv-00453-JAW |

**PLAINTIFF STATE OF MAINE'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO DEFENDANT 3M COMPANY'S MOTION TO STAY**

Plaintiff the State of Maine (the "State") moves for leave to submit, as additional authority in support of the State's Opposition to Defendant 3M Company's Motion to Stay, the decision in *Uniformed Professional Fire Fighters Ass'n of Connecticut v. 3M Co.*, 2024 WL 4471356 (D. Conn. Oct. 10, 2024) (attached as Ex. A), which came to the State's attention after it filed its opposition brief. The Court may exercise its discretion to allow a party to submit additional authority relevant to a pending motion. *See, e.g., FERC v. Silkman*, 359 F. Supp. 3d 66, 70 (D. Me. 2019). On December 22, 2025, the State informed Defendants that it intended to move for leave to submit the decision. 3M's reply is due on or before December 31, 2025, which provides 3M with sufficient time to address the State's additional authority should it choose to do so. Defendants have informed the State that they take no position on the State's motion.

The State also updates the Court that on December 23, it filed a Notice of Opposition to the Conditional Transfer Order issued by the JPML for this case and will be filing a motion to vacate the CTO. *In re: AFFF Prods. Liab. Litig.*, MDL No. 2873, ECF No. 4078 (J.P.M.L. Dec. 23, 2025).

## CONCLUSION

The State respectfully requests that the Court grant the State's motion for leave and consider the attached additional authority.

Dated: December 23, 2025

Respectfully submitted,

AARON M. FREY
ATTORNEY GENERAL

<u>/s/ Benjamin A. Krass</u>
Benjamin A. Krass*
Matthew F. Pawa*
Gillian C.A. Cowley*
Pawa Law Group P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
Email: mp@pawalaw.com
 bkrass@pawalaw.com
 gcowley@pawalaw.com

Scott Boak (Bar No. 009150)
Mark Bower (Bar No. 004132)
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
Email: Scott.Boak@maine.gov
 Mark.Bower@maine.gov

Kyle J. McGee*
Viola Vetter*
Jason H. Wilson*
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
Email: kmcgee@gelaw.com
 vvetter@gelaw.com
 jwilson@gelaw.com

*Admitted *pro hac vice*