**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| STATE OF MAINE,<br><br>    Plaintiff,<br><br> v.<br><br>3M COMPANY, ET AL.,<br><br>    Defendants. | Civil Action Nos.<br>2:23-cv-00210-JAW<br>2:25-cv-00453-JAW (Lead) |

**PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLAIMER OF ANY RELIEF FOR
CONTAMINATION OR INJURY RELATED TO AFFF**

Plaintiff the State of Maine (the "State") files this fourth supplemental disclaimer to supplement the existing AFFF disclaimer in its Complaint (ECF No. 1-1 ¶ 15) and the other disclaimers that it has filed, *see* ECF Nos. 52, 73, 76.

On February 12, 2026, 3M filed a brief in the Judicial Panel on Multi-District Litigation identifying fourteen sites at issue in the AFFF MDL that allegedly overlap with sites in the State's case. *See In re AFFF Prods. Liab. Litig.*, MDL 2873, ECF No. 4166 at 14–15 (J.P.M.L. Feb. 12, 2026). The majority of these sites consisted of twelve public water systems ("PWSs") that personal injury plaintiffs in the MDL have alleged were sources of AFFF contamination through confidential Plaintiff Profile Forms and Plaintiff Fact Sheets that were not available to the State. *Id.* at 13–14 & n.5; MDL 2873, ECF No. 4167 at 1–2. The State was not previously aware of these separate cases or the confidential information in the Plaintiff Forms and Fact Sheets.[1] The other two allegedly overlapping sites are China Lake, a surface water source for the

---

[1] The propriety of 3M using this confidential information in this fashion will be a matter for the JMPL to decide.

Kennebec Water System, and the Mousam River, which receives effluent from the Sanford Sewerage District, a wastewater treatment facility. MDL 2873, ECF No. 4166 at 15. The State already expressly disclaimed the Kennebec Water System (which was never at issue in the State's case in any event, i.e., it was neither listed in the Complaint nor identified in the State's discovery responses). For the avoidance of doubt to ensure that this case remains strictly focused on PFAS sites that are entirely unrelated to AFFF contamination, the State now expressly disclaims the Sanford Sewerage District (136421), even though it, too, has never been part of the State's case.

On February 18, 2026, the State served supplemental discovery responses that removed these fourteen sites (and, in an abundance of caution, six others) from its Claimed Site List and, therefore, the case. The removed sites are:

- Kennebec River – KMD (65344);
- Kennebec River – KNW (65347);
- Kennebec River – KSK (65355);
- China Lake – LK5448-SWAT (65379);
- Mousam River – MSE (65391);
- Cobbesseecontee Lake – LK5236-SWAT (85659);
- Estes Lake-LK0007-SWAT (127225);
- Piscataquis River – PQU (148554);
- Greater Augusta Utility District (ME0090080);
- Calais Water Dept (ME0090290);
- Cold Spring Water Company (ME0090360);
- Dexter Utility District (ME0090440);
- Gray Water District (ME0090620);
- Guilford-Sangerville Water District (ME0090640);
- Hallowell Water District (ME0090650);
- Harrison Water District (ME0090670);
- Lisbon Water Department (ME0090870) (also known as Lisbon Water District);
- Newport Water District (ME0091100);
- Maine Water Company Skowhegan Division (ME0091450); and

- Yarmouth Water District (ME0091670).[2]

The State now hereby disclaims and confirms that it is not seeking any relief in this case with respect to contamination at or from any of the twenty-one sites above and hereby limits all of its claims and any recovery to exclude such contamination in this case. The State files this disclaimer pursuant to its authority as plaintiff to effect a disclaimer through less formal means than amending its complaint. *See, e.g.*, *People ex rel. Raoul v. 3M Co.,* 111 F.4th 846, 849 (7th Cir. 2024) (disclaimer valid where "the State clearly and unequivocally conceded at oral argument that it would not seek relief against 3M for mixed PFAS contamination"); *Wilson v. Experian Info. Sols., Inc.*, No. 25-11153-BEM, 2025 WL 1594750, at *2 & n.4 (D. Mass. June 5, 2025) (disclaimer in remand motion was "an effective amendment or clarification" because the court's adoption of it "estop[s] [the plaintiff] from arguing otherwise down the line").[3]

Dated: February 18, 2026

Respectfully submitted,

AARON M. FREY
ATTORNEY GENERAL

*/s/* Benjamin A. Krass

---

[2] Plaintiff's Fifth Supplemental Responses and Objections to Defendants' First Set of Interrogatories to Plaintiff State of Maine; MEPLTF_NonAFFF_006597649 (fifth supplemental Claimed Site List); Plaintiff's Fourth Supplemental Responses and Objections to Defendants' Second Set of Interrogatories to Plaintiff State of Maine; MEPLTF_NonAFFF_006597650 (fourth supplemental list attributing defendants' PFAS chemistries to the Claimed Sites). The State also sets forth the State's tracking number (i.e., the EGAD # or PWSID #), for these sites.

[3] *Accord Gerran v. City of Ferguson*, No. 4:24-CV-00843-SPM, 2025 WL 1454469, at *1 (E.D. Mo. May 21, 2025) ("although Plaintiffs have not amended their complaint to eliminate their federal claims, they have voluntarily dismissed their federal claims, which has the same effect"); *Genosa v. Glob. K9 Prot. Grp., LLC*, No. 3:24-CV-00063-AJB-BLM, 2025 WL 775825, at *2 n.1 (S.D. Cal. Mar. 11, 2025) ("as Plaintiff has elected to abandon his claim under 38 U.S.C. § 4311, he has, in effect, withdrawn it from the operative complaint"); *In re Dividend Solar Fin., LLC, & Fifth Third Bank Sales & Lending Pracs. Litig.*, No. MDL 24-3128 (KMM/DTS), 2025 WL 713360, at *2 (D. Minn. Mar. 5, 2025) ("Here, of course, the [plaintiffs] did not make a post-removal amendment of their complaint to remove the federal-law claims, but instead used voluntary dismissal. The Court sees no difference between the two procedural mechanisms, as both land in the same place.").

Benjamin A. Krass*
Matthew F. Pawa*
Gillian C.A. Cowley*
Pawa Law Group P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
Email: bkrass@pawalaw.com
mp@pawalaw.com
gcowley@pawalaw.com

Scott Boak (Bar No. 009150)
Mark Bower (Bar No. 004132)
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
Email: Scott.Boak@maine.gov
Mark.Bower@maine.gov

Kyle J. McGee*
Viola Vetter*
Jason H. Wilson*
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
Email: kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

*Admitted *pro hac vice*